UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>MARY HENG<br><br>　　　　　　　Debtors.<br>_____<br>MARY HENG,<br>　　　　　　　Defendant/Appellant,<br>　v.<br>MASON ENTERPRISES LLC.<br>　　　　　　　Plaintiffs/Appellees. | CASE NO. C22-812 MJP<br><br>Bankruptcy No. 22-BK-10574<br><br>ORDER TO SHOW CAUSE |

　　　The Court issues this Order sua sponte. The Court is in receipt of the Notice of Deficiency of Appeal filed by the United States Bankruptcy Court, advising that the Bankruptcy Court is unable to certify that the record is complete for the purposes of appeal because Appellant has not paid the filing fee. (Dkt. No. 5.) To date, the filing fee remains unpaid and Appellant has not sought a waiver of the filing fee. Accordingly, the Court ORDERS Appellant

ORDER TO SHOW CAUSE - 1

to pay the filing fee (or request a waiver) within fourteen (14) days of the date of this Order or otherwise show cause within fourteen (14) days as to why this appeal should not be dismissed without prejudice for failure to prosecute.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 26, 2022.

Marsha J. Pechman
United States Senior District Judge