UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>MARY HENG<br><br>Debtor.<br><br>MARY HENG,<br><br>Defendant/Appellant,<br><br>v.<br><br>MASON ENTERPRISES LLC.<br><br>Plaintiff/Appellee. | CASE NO. C22-812 MJP<br><br>Bankruptcy No. 22-BK-10574<br><br>ORDER OF DISMISSAL |

The Court issues this Order <u>sua sponte</u> and further to its Order to Show Cause. (<u>See</u> Dkt. No. 8.) The Court's Order to Show Cause required Appellant to pay the filing fee within 14 days of the Order or the Court would dismiss the appeal without prejudice for failure to prosecute. (<u>Id.</u>) More than 14 days have passed since the Court issued the Order to Show Cause and

ORDER OF DISMISSAL - 1

1   Appellant has not paid the filing fee. The Court therefore DISMISSES the appeal WITHOUT

2   PREJUDICE for failure to prosecute. <u>See</u> Fed. R. Civ. P. 41(b).

3       The clerk is ordered to provide copies of this order to Appellant and all counsel.

4       Dated November 15, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge